```
              UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                       Criminal No. 10-cr-53-02-JD

<u>Joseph Glazier</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 38) filed by the defendant is granted. As the co-defendants assented to this motion, trial as to all defendants is continued to the two-week period beginning January 4, 2011, 9:30 AM.

    Defendant Glazier shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                <u>***/s/ Joseph A. DiClerico, Jr.***</u>
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: September 25, 2010

cc: Counsel of Record
    U.S. Marshal
    U.S. Probation