UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE


<u>USA</u>

        v.                          Criminal No. 10-cr-53-02-JD

<u>Joseph Glazier</u>


                              <u>ORDER</u>

     Re: Document No. 30, Motion for Services Other Than Counsel - copy service

     Ruling: Counsel agreed to unseal this motion.  The matter was taken up at hearing with government and all defense counsel.  It was agreed that the government would provide defense counsel with any index it may have to the documents and with a "hot list" of documents that the government might offer into evidence, with the understanding that the government would not be bound by this list.  This is a preliminary approach to trying to address approximately 17,000 pages of discovery.  The Court reserved to all counsel the right to file additional motions relating to these documents.  The government also offered to look into whether a laptop containing the documents could be made available to counsel.


                                   <u>/s/ Joseph A. DiClerico, Jr.</u>
                                   Joseph A. DiClerico, Jr.
                                   U.S. District Judge

Date:  September 29, 2010

cc:   Counsel of Record